UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JANE DOE, Incident Number: 2543283,
Policy Number: LK0962287

    Plaintiff,

v.                                                            Case No: 5:17-cv-470-Oc-30PRL

LIFE INSURANCE COMPANY OF
NORTH AMERICA

    Defendant.

## ORDER

Plaintiff brings this action pursuant to the Employee Retirement Income Security Act ("ERISA"). This matter is currently before the Court for consideration of the parties' joint motion to abate the action. (Doc. 19).

The parties recite that they are attempting to resolve this action and have a mediation scheduled for April 25, 2018. The parties state that they are cognizant of the Scheduling Order, but wish to conserve resources and avoid unnecessary discovery and motion practice by directing their efforts toward resolution and the mediation on April 25, 2018. A review of the docket reveals that the deadline for Defendant to provide the administrative record to Plaintiff was January 18, 2018. The next deadline is the deadline for filing dispositive motions or cross-briefs on May 18, 2018. (Doc. 16). In other words, there is not currently a deadline that requires an extension. And, the Court is disinclined to grant a motion abating the action for an indefinite period.

Accordingly, the parties' motion (Doc. 19), is **DENIED**, but without prejudice to the right of any party to move for an extension of the case management deadlines if it proves necessary in the future.

**DONE** and **ORDERED** in Ocala, Florida on March 19, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties